Commonwealth v. Cook, Appellant.

Argued September 15, 1967. *John H. Lewis, Jr.*, for appellant; *Alan J. Davis*, Assistant District Attorney, with him *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and MONTGOMERY, J., absent.

Commonwealth v. Cornitcher, Appellant.

Argued September 11, 1967. *Gerald A. Gleason, Jr.*, for appellant; *Michael J. Rotko*, Assistant District Attorney, with him *Alan J. Davis*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth v. Cornitcher, Appellant.

Submitted September 11, 1967. *Herbert Cornitcher*, appellant, in propria persona; *Michael J. Rotko*, Assistant District Attorney, with him *Alan J. Davis*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney,

and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* DeShields, Appellant.

Submitted September 13, 1967. *Melvine Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Francis, Appellant.

Submitted September 11, 1967. *Charles Francis,* appellant, in propria persona; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Franks, Appellant.